UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

v.

TAL ALEXANDER, OREN ALEXANDER, HANNAH BOULOS and JOHN DOE,

Defendants.

No. 25-CV-2241 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed in state court under a pseudonym with leave of that court. *See* Dkt 1-1 at 26. Now that Defendants have removed the action to this Court, it is governed by federal procedural rules, *see Smith v. Bayer Corp.*, 564 U.S. 299, 304 n.2 (2011), which require that "[t]he title of the complaint must name all the parties," Fed. R. Civ. P. 10(a). Accordingly, Plaintiff may not proceed pseudonymously unless she first seeks and receives permission to do so. *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). If Plaintiff does not file such a motion by March 31, 2025, the Court will dismiss the Complaint.

SO ORDERED.

Dated: March 20, 2025
New York, New York

Ronnie Abrams
United States District Judge