UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDSEY SLOANE ACREE,<br><br>                    Plaintiff,<br><br>        v.<br><br>TAL ALEXANDER, OREN ALEXANDER,<br>HANA BOULOS a/k/a Hana Balout and<br>JOHN DOE,<br><br>                    Defendants. | No. 25-cv-2241 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On February 18, 2025, Defendant Tal Alexander removed this case from the Supreme Court of the State of New York. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve all defendants within 90 days of removal, by May 19, 2025. *See Kogan v. Facebook, Inc.*, 334 F.R.D. 393, 397 (S.D.N.Y. 2020). To date, Plaintiff has not filed proof of service on Defendants Hana Boulos or John Doe. No later than July 3, 2025, Plaintiff shall either file proof of service or provide good cause as to why Boulos and Doe have not been served.

SO ORDERED.

Dated:     June 27, 2025
              New York, New York

                                                  Ronnie Abrams
                                                 United States District Judge