

250 Vesey Street
27th Floor
New York, NY 10281

wmhwlaw.com
T: 212-335-2030
F: 212-335-2040

June 27, 2025

<u>Via ECF</u>
Hon. Ronnie Abrams
Southern District of New York
United States District Judge
40 Foley Square
New York, NY 10007

      Re:    ***Doe v. Alexander et al., Case No. 25-CV-2241***

Dear Judge Abrams,

    With the consent of Counsel for Plaintiff and Counsel for Defendant Oren Alexander, we submit this request on behalf of all parties, pursuant to Your Honor's Individual Civil Rule 5(A)(iii), for leave to file an accompanying letter under seal. The parties seek permission to file the accompanying letter under seal because of sensitive non-public information discussed in the letter and to maintain the confidentiality of an ongoing investigation.

        Sincerely,

        */s/ Milton L. Williams*
        Milton L. Williams
        *Attorneys for Tal Alexander*

cc:    Alexander Heckscher, Esq.
        Lilian Timmermann, Esq.
        Jason Goldman, Esq.