UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDSEY SLOANE ACREE,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TAL ALEXANDER, OREN ALEXANDER,<br>JOHN DOE and HANA BOULOS,<br><br>　　　　　　　　Defendants. | No. 25-cv-2241 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　　The Court is in receipt of the parties' joint letter, filed under seal, requesting to stay this action during the pendency of the criminal proceedings against Defendants Tal and Oren Alexander. *See* Dkt. No. 36. The motion to stay is granted. The Court likewise grants the parties' motion to seal their joint letter. *See* Dkt. No. 35. The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 35 and 36.

SO ORDERED.

Dated:　　July 1, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　United States District Judge