# LILI M. TIMMERMANN PA

*Lilian M. Timmermann*
68 Jay Street
Brooklyn, NY 11201
Telephone: (202) 570-0296

July 14th, 2025

**VIA ECF**

Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Doe v. Alexander et al 1:25-cv-02241-RA*

Dear Judge Abrams,

In response to your July 8, 2025 Order (ECF 41), Plaintiff writes to confirm that nothing in the letter motion for extension of time to serve (ECF 39) requires redaction. The only related portions of the filing that reveal John Doe's identity (and which his counsel has asked remain redacted pending a motion to proceed under a pseudonym) are the sections already redacted in the filed certificate of service attached as an exhibit to counsel's declaration (40-1). The information redacted is John Doe's name, his home address, and the name of the person who received service in his household.

Sincerely,
Lili Timmermann

    Respectfully submitted,

    /s/ Lilian M. Timmermann
    Lili M. Timmermann PA
    Lilian M. Timmermann
    68 Jay St,
    Brooklyn, NY 11201
    Telephone: (202)-570-0296

2

cc: Counsel of record (via ECF)

Case 1:25-cv-02241-RA   Document 45   Filed 07/14/25   Page 2 of 2

2