# Exhibit A

# IN THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

**JANE DOE**

Plaintiff/Petitioner

vs.

**TAL ALEXANDER; ET AL.**

Defendant/Respondent

Hearing Date:
INDEX NO: 152929/2025
Index Date: 03/06/2025
AFFIRMATION OF SERVICE OF:
SUMMONS; COMPLAINT; INDIVIDUAL VERIFICATION

Received by **Tyrone Mapp**, on the **10th day of March, 2025 at 2:29 PM** to be served upon ▮▮▮▮ **aka John Doe** at ▮▮▮▮ FL 33140.

The undersigned, affirms: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **10th day of March, 2025 at 3:18 PM** at the address of ▮▮▮▮ FL 33140, this affiant served the **SUMMONS; COMPLAINT; INDIVIDUAL VERIFICATION** upon ▮▮▮▮ **aka John Doe** in the manner described below:

**SUBSTITUTE SERVICE**, by leaving 1 true and correct copy(ies) of the **SUMMONS; COMPLAINT; INDIVIDUAL VERIFICATION**, with the date and hour of service endorsed thereon by this affiant, with ▮▮▮▮ a person of suitable age and discretion who stated they reside at the defendant's usual place of abode listed above.

On the date of _____, affiant then deposited in the United States mail, in the county where the property is situated, the **SUMMONS; COMPLAINT; INDIVIDUAL VERIFICATION** in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. This was mailed with proper postage to:

▮▮▮▮ aka John Doe
▮▮▮▮
▮▮▮▮ 33140

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
▮▮▮▮ delivered the documents to ▮▮▮▮ who identified themselves as the co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. ▮▮▮▮

The undersigned asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on **3/10/25**.

_[signature]_

**Tyrone Mapp, Reg. # 1417, 11th Judicial Circuit, FL**
ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201

Page 1 of 1
FOR: Lili M. Timmermann PA
REF: xu-02482

Tracking #: 0161346809

