# Exhibit B


## Jane Doe v. Tal Alexander, et al. Inex No.: 152929/2025 - CONFIDENTIAL SETTLEMENT COMMUNICATION

**jonathan@lowypa.com** <jonathan@lowypa.com>
To: lili@lmt-legal.com

Tue, Apr 1, 2025 at 5:11 PM

CONFIDENTIAL SETTLEMENT COMMUNICATION

Dear Lilian:

Thank you for speaking with me a few times on the above referenced case, including last week. As you know, I represent Mr. ▓▓▓▓▓▓ who you served with the Complaint although he is not named. I understand you served him under your client's belief that he could be the "John Doe" listed in the Complaint.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Thank you for your time and cooperation.

--

Jonathan Smulevich, Esquire

Lowy and Cook, P.A.

169 E. Flagler Street, Suite 700

Miami, Florida 33131

Ph: 305-371-5585

Fax: 305-371-5563

*IMPORTANT MESSAGE: The information and files, if any, transmitted are intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is STRICTLY PROHIBITED.*