UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDSEY SLOANE ACREE,

Plaintiff,

v.

TAL ALEXANDER, OREN ALEXANDER, JOHN DOE and HANA BOULOS,

Defendants.

25-CV-2241 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall file a joint status letter by August 27, 2026.

SO ORDERED.

Dated: August 20, 2026
New York, New York

Ronnie Abrams
United States District Judge