UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDSEY SLOANE ACREE,

Plaintiff,

v.

TAL ALEXANDER, OREN ALEXANDER, HANNAH BOULOS, and JOHN DOE,

Defendants.

Case No. 25-CV-2241

**PLEASE TAKE NOTICE** that Defendants Tal Alexander and Oren Alexander ("Defendants"), by and through their attorneys, upon this Notice of Motion dated November 17, 2026, the accompanying Memorandum of Law in Support of Defendants' Motion for a Discretionary Stay Pending Resolution of Related Criminal Appeals, the Declaration of Deanna M. Paul and accompanying exhibits, and all files and records in this action, will move this Court before the Honorable Ronnie Abrams, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, on such date and time as set by the Court, for an order:

(a) Exercising the Court's inherent authority to stay proceedings in this action pending resolution of Defendants' direct appeals in *United States v. Alexander*, No. 26-3240 (2d Cir.), from the judgments entered in No. 24-CR-676 (VEC) (S.D.N.Y.), through issuance of the Second Circuit's mandate, with joint status reports every 90 days and within fourteen days (14) of a decision by the Second Circuit, and with leave for any party to seek modification for good cause; or, in the alternative, staying all proceedings at least until the New York Court of Appeals decides the certified question in *Parker v. Alexander*, No. CTQ-2026-00001, with a joint status report due within fourteen days of that decision; and

(b) Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), opposing papers, if any, are due within fourteen days after service of the moving papers, and reply papers, if any, are due within seven days after service of the opposing papers, unless the Court orders otherwise.

Date: November 17, 2026

Deanna M. Paul
**GERAGOS & GERAGOS APC**
256 5th Avenue, 3rd Floor
New York, NY 10000
(213) 625-3900
deanna@geragos.com

*Counsel for Defendant Tal Alexander*

Jason Goldman
**THE LAW OFFICES OF JASON GOLDMAN**
275 Madison Avenue, 35th Floor
New York, NY 10016
(212) 466-6617
jg@jasongoldmanlaw.com

*Counsel for Defendant Oren Alexander*